STATE OF NEW JERSEY v. JOHN VENEZIA.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PALLOTTA.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE PARKER, JR.

January 29, 1985.

Petition for certification denied.   (See 198 *N.J.Super.* 272)

JOHN D. WOODWORTH v. TOWNSHIP OF OCEAN
ZONING BOARD.

January 29, 1985.

Petition for certification denied.